# United States District Court
# For The Western District of North Carolina
# Charlotte Division

David Martin Beasley Young,

       Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                        3:07-cv-40-3

Boyd Bennett, Billie J. Weaver, and
Hattie Pimpong,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 5, 2007 Order.

**Signed: February 5, 2007**

*[signature]*

Frank G. Johns, Clerk
United States District Court